# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Joseph Nardone | Case No.: 14–43293 MEH 7 |
| Debtor(s) | Chapter: 7 |

## NOTICE OF FAILURE TO PROVIDE DEBTOR'S SOCIAL SECURITY NUMBER

YOU ARE HEREBY NOTIFIED that the petition for relief you filed on 8/8/14 has been accepted for filing but is defective for the reason indicated below:

☑ The Debtor's Statement of Social Security Number as required by Federal Rule of Bankruptcy Procedure 1007(f) was not submitted

☐ The petition did not include the last four digits of the Debtor's Social Security Number as required by Federal Rule of Bankruptcy Procedure 1005

Note: Joint debtors must provide information for both spouses.

NOTICE IS FURTHER GIVEN that the debtor(s) must file the document(s) indicated above within seven (7) days of the date of this notice, or your case may be dismissed without further notice.

Dated: 8/11/14                     For the Court:

                                   Edward J. Emmons
                                   Clerk of Court
                                   United States Bankruptcy Court