

**The following constitutes
the order of the court. Signed October 30, 2014**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re: JOSEPH NARDONE | Case No.: 14-43293 CN |
| Debtor(s)/ | Chapter: 7 |

ORDER OF DISMISSAL

    Debtor(s) having failed to comply with this Court's order dated 10/3/2014, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients